No. 84, Orig. UNITED STATES v. ALASKA. Motion for leave to file a counterclaim referred to the Special Master. [For earlier order herein, see, e. g., 444 U. S. 1065.]

No. 79–289. PRUNEYARD SHOPPING CENTER ET AL. v. ROBINS ET AL. Sup. Ct. Cal. [Probable jurisdiction postponed, 444 U. S. 949.] Motion of Solicitor General for divided argument granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion.

No. 79–703. CAREY, STATE'S ATTORNEY OF COOK COUNTY v. BROWN ET AL. C. A. 7th Cir. [Probable jurisdiction noted, 444 U. S. 1011.] Motions of New England Legal Foundation and Pacific Legal Foundation et al. for leave to file briefs as amici curiae granted.

No. 79–1082. NATIONAL LABOR RELATIONS BOARD v. INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. C. A. D. C. Cir. [Certiorari granted, 444 U. S. 1042.] Motion of the Solicitor General for additional time for oral argument granted, and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument.

No. 79–824. FEDERAL COMMUNICATIONS COMMISSION ET AL. v. WNCN LISTENERS GUILD ET AL.;
No. 79–825. INSILCO BROADCASTING CORP. ET AL. v. WNCN LISTENERS GUILD ET AL.;
No. 79–826. AMERICAN BROADCASTING COS., INC., ET AL. v. WNCN LISTENERS GUILD ET AL.; and
No. 79–827. NATIONAL ASSOCIATION OF BROADCASTERS ET AL. v. WNCN LISTENERS GUILD ET AL. C. A. D. C. Cir. Certiorari granted, cases consolidated, and a total of two hours allotted for oral argument. Reported below: 197 U. S. App. D. C. 319, 610 F. 2d 838.